# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>                                    Plaintiffs,<br><br>v.<br><br>LARRY NELSON,<br><br>                                    Defendant. | Case No.: 19-CV-1087-CAB-WVG<br><br>**ORDER STRIKING DEFENDANT'S SUPPLEMENTAL BRIEFING ON DISCOVERY DISPUTE** |

On July 6, 2020, this Court issued an Order Setting Briefing Schedule on the Parties' discovery dispute regarding the applicability of the common interest privilege to subpoenas for deposition and the deposition testimony of unrepresented allegedly aggrieved tenants. (Doc. No. 33.) During their informal telephonic conference with Chambers on July 6, 2020, the Parties, particularly Defendant, requested that the matter be resolved expeditiously and were prepared to file briefing on the common interest privilege issue within one business day. Based on that representation, the Court's Order made clear the Parties were to file concurrent supplemental briefing on the common interest privilege issue no later than 5:00 p.m. on Tuesday, July 7, 2020. Nevertheless, Defendant untimely filed his supplemental briefing at 5:03 p.m. on July 7, 2020. (Doc. No. 35.) Accordingly, the Court STRIKES

from the record Defendant's supplemental briefing for its untimeliness and non-compliance with the Court's Order. The Court will not consider the briefing as part of its forthcoming decision on the instant discovery dispute.

**IT IS SO ORDERED.**

Dated: July 8, 2020

Hon. William V. Gallo
United States Magistrate Judge