UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA; SYLENA SANDERS,<br><br>                              Plaintiffs,<br><br>v.<br><br>LARRY NELSON,<br><br>                              Defendant. | Case No.: 19-CV-1087-CAB-WVG<br><br>**ORDER ON MOTION TO APPEAR SPECIALLY** |

On August 11, 2020, Defendant filed a Motion to Specially Appear for Defendant's forthcoming deposition. (Doc. No. 40.) In relevant part, Defendant asks that attorney "Jay Temple be allowed to make a special appearance at the deposition of Larry Nelson currently scheduled for August 13, 2020 and August 14, 2020, for the purpose of assisting civil counsel in advising Mr. Nelson and making objections related to potential criminal concerns." (*Id.*, 2:12-16.) Having reviewed and considered Defendant's request, the Court DENIES Defendant's Motion to Specially Appear without prejudice.

The Motion is void of any representation that Defendant met and conferred with the Government or Intervening Plaintiff Sylena Sanders ("Sanders") prior to engaging in this motion practice. Emphasizing the point is that the Motion is not styled as a joint motion. Thus, it is unclear whether the Government and/or Sanders join in or oppose the Motion.

To that end, Defendant's filing is untimely because it arrives just two days prior to Defendant's deposition, leaving insufficient time for the Government and/or Sanders to file a response in opposition to the Motion, if any. Given the Court's ruling, Defendant may renew this Motion after complying with all applicable rules, including Civil Chambers Rule IV(A) and Local Civil Rule 26.1, which provides: "The court will entertain no motion pursuant to Rules 26 through 37, Fed. R. Civ. P., unless counsel will have previously met and conferred concerning all disputed issues." Civ. L. R. 26.1.

**IT IS SO ORDERED.**

Dated: August 12, 2020

Hon. William V. Gallo
United States Magistrate Judge