UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA; SYLENA SANDERS,<br><br>                             Plaintiffs,<br><br>v.<br><br>LARRY NELSON,<br><br>                             Defendant. | Case No.: 19-CV-1087-CAB-WVG<br><br>**ORDER ON JOINT MOTION FOR LEAVE TO APPEAR TO REPRESENT FEDERAL AGENCY AT A DEPOSITION BY UNITED STATES OF AMERICA** |

On August 14, 2020, the Parties filed a Joint Motion for Leave to Appear to Represent Federal Agency at a Deposition by United States of America. (Doc. No. 42.) In relevant part, the Government moves the Court to allow counsel for the Division of Alcohol, Tobacco, Firearms, and Explosives ("ATF") at the Department of Justice ("DOJ") to appear for the deposition of a third-party Larry Nelson ("Defendant") subpoenaed, whose testimony implicates certain DOJ regulations and the ATF Division. Having reviewed and considered the basis of the Parties' Joint Motion, the Court finds the Parties have met and conferred over the matter, timely raised the Government's request, and set forth sufficient facts demonstrating the good cause to permit ATF counsel to appear for the

///

///

1 | third-party deposition. Accordingly, the Court GRANTS the Parties' Joint Motion.

2 | **IT IS SO ORDERED.**

3 | Dated: August 14, 2020

_____
Hon. William V. Gallo
United States Magistrate Judge