# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA; SYLENA SANDERS,<br><br>                               Plaintiffs,<br><br>v.<br><br>LARRY NELSON,<br><br>                               Defendant. | Case No.: 19-CV-1087-CAB-WVG<br><br>**ORDER ON DISCOVERY ISSUE REGARDING AGGRIEVED PERSON'S FAILURE TO APPEAR FOR DEPOSITION** |

On September 1, 2020, the Parties jointly contacted this Court's Chambers regarding aggrieved person Jasmine Baker Young's repeated failure to appear for deposition. Ms. Baker Young failed to appear for deposition twice, once on August 7, 2020 and most recently on August 21, 2020. For both occasions, the Government confirmed Ms. Baker Young's availability and willingness to appear for deposition in advance of Defendant's service of a subpoena for Ms. Baker Young's deposition. Nevertheless, Ms. Baker Young failed to appear and she has not responded to the Government's communications since then. In relevant part, the Court set a September 2, 2020 fact discovery cut-off in the operative February 6, 2020 Scheduling Order. (Doc. No. 28.) Given Ms. Baker Young has precluded Defendant from timely taking her deposition, the Court hereby CONTINUES the fact discovery cut-off to **Wednesday, September 16, 2020**, for the exclusive purpose

of accommodating Defendant's ongoing request to take Ms. Baker Young's deposition. Should Ms. Baker Young fail to appear for deposition again, the Parties shall jointly contact the Court's Chambers within two (2) business days of Ms. Baker Young's failure to appear.

Further, should Ms. Baker Young continue to avoid communications with the Government and fail to appear for her deposition on or before September 16, 2020, the Court will consider any motion for sanctions by the Parties, up to and including the most severe of sanctions, namely dismissal of Ms. Baker Young's claims.

**IT IS SO ORDERED.**

Dated: September 1, 2020

Hon. William V. Gallo
United States Magistrate Judge