UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al*.,<br><br>                                            Plaintiffs,<br><br>v.<br><br>LARRY NELSON,<br><br>                                            Defendant. | Case No.:  19-CV-1087-CAB-WVG<br><br>**ORDER SETTING VIDEOCONFERENCES** |

On February 12, 2021, the Parties timely lodged their confidential briefs regarding their respective positions on potential settlement terms if this matter were to proceed to a second Mandatory Settlement Conference ("MSC"), which the Parties have requested. (Doc. No. 55.) This Court has carefully reviewed and considered the Parties' confidential briefs. In doing so, the Court believes holding confidential, separate videoconferences with the Government and Larry Nelson ("Defendant") are necessary to determine whether convening a second MSC in this matter would be fruitful. After coordinating with the Government and defense counsel, the Court hereby ORDERS as follows:

(1) The Government shall appear for a private Zoom videoconference with the Court on **Monday, March 1, at 1:00 p.m.**;

(2) Defense counsel shall appear for a private Zoom videoconference with the Court on **Wednesday, March 3, at 9:00 a.m.**

(3) Counsel for the Government and Defendant shall lodge their appearances; email addresses to be used to initiate their appearances on Zoom; and their direct telephone numbers with Chambers **no later than Wednesday, February 24, 2021.**

Chambers will directly provide counsel with the relevant Zoom information in two separate communications through its efile_gallo@casd.uscourts.gov electronic mailing address. Finally, counsel shall be fully prepared to discuss all possible aspects of settlement with the Court and consult with their clients sufficiently in advance of the videoconferences to ensure their complete candor and preparedness with the Court.

**IT IS SO ORDERED.**

Dated: February 19, 2021

_____
Hon. William V. Gallo
United States Magistrate Judge