UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA; SYLENA SANDERS,<br><br>                                    Plaintiffs,<br><br>v.<br><br>LARRY NELSON,<br><br>                                    Defendant. | Case No.: 19-CV-1087-CAB-WVG<br><br>**ORDER ON PARTIES' INFORMAL REQUEST TO CONTINUE CERTAIN DEADLINES PRIOR TO TELEPHONIC SETTLEMENT DISPOSITION CONFERENCE** |

On April 16, 2021, the Parties lodged an informal request to continue certain dates leading up to, but not including, the May 11, 2021 telephonic Settlement Disposition Conference at 8:00 a.m. (Doc. No. 64.) Specifically, the Parties move the Court to continue (1) the April 16, 2021 deadline to execute the consent order; (2) the April 30, 2021 deadline to complete all terms requiring action prior to the dismissal of this litigation; and (3) the May 7, 2021 deadline to file a joint motion to dismiss this action with prejudice, as set forth in the Court's April 2, 2021 Order Setting Telephonic Disposition Conference ("Order"). (*Id*.) The Parties represent they have timely met and conferred over the terms in the consent order. As a result of their discussions, certain disputes have arisen which the Parties believe they will be able to resolve without this Court's intervention but that will require more time than provided in the Court's April 2, 2021 Order.

Given the Parties' assurances that they can work through their disputes without affecting the May 11, 2021 telephonic Settlement Disposition Conference, the Court hereby GRANTS in entirety the Parties' request to continue the above-referenced deadlines as follows:

(1) The April 16, 2021 deadline to execute the consent order is CONTINUED to May 3, 2021;

(2) The April 30, 2021 deadline to complete all terms requiring action prior to the dismissal of this litigation is CONTINUED to May 10, 2021;

(3) The May 7, 2021 deadline to file a joint motion to dismiss this action with prejudice is CONTINUED to May 10, 2021.

All other dates and deadlines as set forth in the Court's April 2, 2021 Order, namely the May 11, 2021 telephonic Settlement Disposition Conference at 8:00 a.m. and the May 7, 2021 deadline for counsel to lodge their appearances and direct telephone numbers for purposes of the telephonic Settlement Disposition Conference, remain in effect. Further, while the Court reluctantly grants the Parties' request as directed to this Court's Chambers, in no way does this Court disturb District Judge Robinson's February 25, 2021 Order Continuing Pre-Trial Deadlines or any of the deadlines Judge Robinson set therein. (Doc. No. 61.) Should the Parties seek to be relieved from meeting any of the pre-trial deadlines Judge Robinson has set, the Parties shall articulate such request to Judge Robinson directly[1]. **IT IS SO ORDERED.**

Dated: April 16, 2021

Hon. William V. Gallo
United States Magistrate Judge

---

[1] This Court's review of the docket reflects the Parties have not filed any motion to be relieved from Judge Robinson's February 25, 2021 Order, even after reaching resolution at the April 1, 2021 Second Mandatory Settlement Conference. The Court also observes the Parties have not filed a Memoranda of Contentions of Fact and Law as Required by Local Rule 16.1(f)(2), which Judge Robinson ordered due on April 14, 2021. At all times, the Parties must comply with the Court's scheduling orders absent the Court's modification of such orders, sua sponte or upon the Parties' request.